IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DEBRA A. VANDERVORT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-00170-CV-W-ODS-SSA |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING DEFENDANT'S MOTION TO REVERSE AND REMAND

     Defendant moves to reverse and remand pursuant to sentence four of 42 U.S.C. § 405(g). Defendant asserts that upon receipt of the Court's remand order, the Appeals Council will remand this case to the ALJ with instructions to consider additional evidence from Michael G. Navato, M.D., offer the claimant an opportunity for a supplemental hearing, and issue a new decision. Plaintiff does not oppose Defendant's Motion. Accordingly, Defendant's Motion is granted. The Commissioner's final decision denying benefits is reversed, and the case is remanded to the Commissioner for reconsideration as set forth in the Commissioner's motion.

IT IS SO ORDERED.

                                                                 /s/ Ortrie D. Smith
                                                                 ORTRIE D. SMITH, SENIOR JUDGE
DATE: September 9, 2013                   UNITED STATES DISTRICT COURT